**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAN NAKAMURA, | NO. SACV 09-00132 GW (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

    On June 17, 2009, Plaintiff filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a).  Accordingly,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 3, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE